*October 12, 1937.*

BROWN, Appellant, vs. RALSTON SCALES CORPORATION, Respondent.

For the appellant: *Thomas E. McDougal* of Antigo.
For the respondent: *Thos. C. Dwyer* of Green Bay.

*By the Court.*—Judgment affirmed.

SHARON, Appellant, vs. CITY OF SUPERIOR, Respondent.

For the appellant: *Wilson & Wilson* of Superior.
For the respondent: *Maynard Berglund* and *Claude F. Cooper,* both of Superior.

*By the Court.*—Judgment affirmed.